1  Albert B. Norris (SBN 34756)
   Stephen G. Blitch (SBN 70193)
2  Daniel J. Valim (SBN 233061)
   REED SMITH LLP
3  1999 Harrison Street, Suite 2400
   Oakland, CA 94612-3572
4
   **Mailing Address:**
5  P.O. Box 2084
   Oakland, CA 94604-2084
6
   Telephone:   510.763.2000
7  Facsimile:   510.273.8832

8  Attorneys for Lincoln Electric Holdings; The
   ESAB Group, Inc (erroneously named as
9  "ESAB Group, Inc., as itself and successor to
   Alloy Rods Inc. and L-TEC Welding and
10 Cutting Systems, Inc."); The Lincoln Electric
   Company; A.O. Smith Corporation; Praxair, Inc.
11 (erroneously named as "Praxair, Inc., as
   successor to Linde Air Products"); Union
12 Carbide Corporation (erroneously named as
   "Union Carbide Corporation, as successor to
13 Linde Air Products and Haynes Satellite
   Works"); Viacom Inc., successor by merger to
14 CBS Corporation, f/k/a Westinghouse; Hobart
   Brothers Company (erroneously named as
15 "Hobart Brothers Company, as itself and
   successor to Teledyne McKay, Inc." and
16 "McKay Welding Products"); The BOC Group,
   Inc. f/k/a Airco, Inc. (erroneously named as
17 "AIRCO/The BOC Group, Inc., as itself and as
   successor to Airco, Inc. (f/k/a Air reduction Co.)
18 and Wilson Welder & Metal Co."); Allegheny
   Technologies, Inc.; Lincoln Global, Inc.;
19 Sandvik, Inc. (erroneously named as "Sandvik
   Materials Technology Company"); and Airgas
20 Gulf-States, Inc.

21                    UNITED STATES DISTRICT COURT

22                   NORTHERN DISTRICT OF CALIFORNIA

23 | EGIDIO RAMOS, an individual and BETINA | No.: C06-05906 WDB
   | RAMOS, an individual,
24 |                                          | **STIPULATION AND [PROPOSED]**
   |            Plaintiff,                    | **ORDER STAYING PROCEEDINGS**
25 |
   |     vs.
26 |
   | A.O. SMITH CORPORATION; ADAMS
27 | HARD-FACING COMPANY, INC.; AIR
   | PRODUCTS & CHEMICALS, INC.; AIRCO
28 | INC.; AIRCO/THE BOC GROUP, INC., as itself

---

C06-05906 WDB                           – 1 –                         DOCSOAK-9848662.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

|   |   |
|---|---|
| 1 | and as successor to Airco, Inc. (f/k/a Air Reduction Co.) and Wilson Welder & Metal Co.; AIRGAS-GULF STATES, INC.; ALLEGHENY TECHNOLOGIES, INC. as successor to Teledyne-McKay Welding Products; AVESTA POLARIT, INC.; BOC FINANCIAL CORP.; THE BOC GROUP, INC.; CATERPILLAR, INC.; THE ESAB GROUP, INC.; ESAB GROUP, INC., as itself and as successor to Alloy Rods Inc., and L-TEC Welding and Cutting Systems, Inc.; GENERAL ELECTRIC COMPANY; HAYNES INTERNATIONAL, INC.; HOBART BROTHERS COMPANY, as itself and as successor to Teledyne McKay, Inc.; ILLINOIS TOOL WORKS, INC., as successor to Hobart Brothers Corp., Teledyne McKay, Inc. and Miller Electric Manufacturing Corp.; THE LINCOLN ELECTRIC COMPANY LINCOLN ELECTRIC HOLDINGS; LINCOLN GLOBAL, INC., also known as Seal Seat Corporation; MCKAY WELDING PRODUCTS; METROPOLITAN LIFE INSURANCE COMPANY; MILLER ELECTRIC MANUFACTURING CO., INC ; PRAXAIR, INC., as successor to Linde Air Products; RANKIN INDUSTRIES, INC.; STOODY COMPANY, as itself and as successor to the Deloro Stellite Company; THERMADYNE HOLDINGS CORPORATION, as itself and as successor to the Deloro Stellite Company, Stoody Company, and Tweco Products, Inc.; UNION CARBIDE CORPORATION, as successor to Linde Air Products and Haynes Stellite Works; VIACOM, INC.; WESTINGHOUSE ELECTRIC CORPORATION; J.W. HARRIS COMPANY, INC.; OLSON AND CO. STEEL, individually and as successor-in-interest to BOSTROM-BERGEN METAL PRODUCTS; BOSTROM-BERGEN METAL PRODUCTS; VICTOR EQUIPMENT COMPANY; HUNTINGTON ALLOYS CORPORATION f/k/a Inco Alloys International Inc.; SANDVIK MATERIALS TECHNOLOGY COMPANY; THERMADYNE INDUSTRIES aka Stoody; EAST BAY WELDING SUPPLY, INC.; CALIFORNIA WELDING SUPPLY COMPANY; GENUINE PARTS COMPANY; and Does 1-1000, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | Defendants. |
| 26 | / / / |
| 27 | / / / |
| 28 | |

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
2  attorneys of record that all proceedings in this matter be stayed pending a transfer of this action to
3  <u>In re Welding Fume Products Liability Litigation</u>, MDL No. 1535 (N.D. Ohio).
4
5  Throughout the period during which the transfer is pending, the parties stipulate to a stay of
6  Defendants' obligation to respond to the complaint and of the parties' right to propound discovery.
7  During this period, the parties respectfully request that this Court refrain from issuing any
8  scheduling orders in this matter, including but not limited to case management orders and orders
9  pertaining to Alternative Dispute Resolution. Furthermore, any and all case management
10  conferences currently on calendar are now removed.
11
12  SO STIPULATED AND AGREED
13
14  DATED: October 18, 2006.
15
REED SMITH LLP

By _____
Albert B. Norris
Stephen G. Blitch
Daniel J. Valim
Attorneys for Lincoln Electric Holdings; The ESAB Group, Inc (erroneously named as "ESAB Group, Inc., as itself and successor to Alloy Rods Inc. and L-TEC Welding and Cutting Systems, Inc."); The Lincoln Electric Company; A.O. Smith Corporation; Praxair, Inc. (erroneously named as "Praxair, Inc., as successor to Linde Air Products"); Union Carbide Corporation (erroneously named as "Union Carbide Corporation, as successor to Linde Air Products and Haynes Satellite Works"); Viacom Inc., successor by merger to CBS Corporation, f/k/a Westinghouse; Hobart Brothers Company (erroneously named as "Hobart Brothers Company, as itself and successor to Teledyne McKay, Inc." and "McKay Welding Products"); The BOC Group, Inc. f/k/a Airco, Inc. (erroneously named as "AIRCO/The BOC Group, Inc., as itself and as successor to Airco, Inc. (f/k/a Air reduction Co.) and Wilson Welder & Metal Co."); Allegheny Technologies, Inc.; Lincoln Global, Inc.; Sandvik,

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Inc. (erroneously named as "Sandvik Materials Technology Company"); and Airgas Gulf-States, Inc.
2  
3  DATED: 10-18-06
4  
5  GREENE BROILLET & WHEELER, LLP
6  
   By _____Helaine Hatter_____
7  Bruce Fishelman
   Helaine Hatter
   Attorneys for Plaintiffs
8  
9  **PURSUANT TO STIPULATION, IT IS SO ORDERED**
10 
11 DATED: 10-26-06
12 
                              /s/ Wayne D. Brazil
13 By _____
       The Honorable Wayne D. Brazil

REED SMITH LLP
A limited liability partnership formed in the State of Delaware